FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| ROBERT TOWNSEND,<br><br>          Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., PINNACLE FINANCIAL GROUP, INC., TIBURON FINANCIAL, LLC, PRIMARY FINANCIAL SERVICES, ABSOLUTE RESOLUTIONS CORP., DOES 4-10.<br><br>          Defendants. | CASE NO. CV08-00526 AG (SSx)<br><br>[Complaint Filed: 6/12/08<br>1st Amended Complaint Filed: 9/26/08<br>2nd Amended Complaint Filed 1/21/09<br>3rd Amended Complaint Filed 6/30/09]<br><br>District Judge: Andrew J. Guilford<br>Magistrate Judge: Suzanne H. Segal<br><br>[~~PROPOSED~~] JUDGMENT IN FAVOR OF ABSOLUTE RESOLUTIONS CORPORATION AND PRIMARY FINANCIAL SERVICES, LLC<br><br>DATE:  August 24, 2009<br>TIME:  10:00 a.m.<br>DEPT:  10 D |

The Motions for Summary Judgment of Defendant ABSOLUTE RESOLUTIONS CORPORATION ("Absolute") and Defendant PRIMARY FINANCIAL SERVICES, LLC ("Primary") as to Plaintiff ROBERT TOWNSEND

("Plaintiff")'s Third Amended Complaint ("TAC") came on for hearing before this Court on August 24, 2009. After reviewing the briefs, supporting documents, exhibits, and the documents in the Court's file, and after considering the oral arguments of the parties, the Court ruled as follows:

Defendant Absolute's Motion for Summary Judgment is granted in its entirety based upon all grounds raised therein. Summary Judgment is hereby granted in favor of Defendant Absolute as to all of Plaintiff' claims and causes of action asserted by Plaintiff in his TAC in that there are no genuine issues of material fact, and Absolute is thereby is entitled to summary judgment as a matter of law.

Defendant Primary's Motion for Summary Judgment is granted in its entirety based upon all grounds raised therein. Summary Judgment is hereby granted in favor of Defendant Primary as to all of Plaintiff's causes of Action against Primary in his TAC that there is no genuine issue of material fact, and Primary thereby is entitled to summary judgment as a matter of law.

IT IS HEREBY ORDERED AND DECREED that Plaintiff shall take nothing, and that Plaintiff's TAC is dismissed against Defendant Absolute and Defendant Primary, and that Defendant Absolute and Defendant Primary shall recover their costs incurred in the action.

Dated: September 3, 2009

By: _____
DISTRICT COURT JUDGE
ANDREW J. GUILFORD